**James E. GREER Plaintiff-Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security Defendant-Appellee**

**No. 16-1839**

United States Court of Appeals, Eighth Circuit.

Submitted: February 3, 2017

Filed: February 8, 2017

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

Frederick S. Spencer, Mountain Home, AR, Plaintiff-Appellant

Kendall Morrison Rees, Assistant Regional Counsel, Fatima Shah, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, Michael McGaughran, for Defendant-Appellee

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

PER CURIAM.

James E. Greer appeals the order of the district court[1] affirming the Commissioner's determination that he is not entitled to disability insurance benefits and supplemental security income, after his hearing before an administrative law judge. Upon de novo review, see Lott v. Colvin, 772 F.3d 546, 548–49 (8th Cir. 2014), we are satisfied that the decision is supported by substantial evidence on the whole record. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).